# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINCY K. BERRY,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-107-RBS** |
| | : | |
| **R. SELLERS,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this <u>29th</u> day of June, 2023, upon consideration of Plaintiff Quincy K. Berry's Second Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**